**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: ZACHARY L. TAYLOR                §     Case No. 15-80173
                                        §
                                        §
        Debtor(s)                       §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/27/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/07/2015.

5) The case was dismissed on 08/07/2015.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 490.45 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 465.45 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 28.39 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**           $ 28.39

Attorney fees paid and disclosed by debtor(s):           $ 0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| GLENVIEW STATE BANK | Sec | 8,000.00 | 9,500.00 | 198.50 | 198.50 | 238.56 |
| GLENVIEW STATE BANK | Uns | 6,500.00 | 10,633.35 | 19,934.85 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 631.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACS IN EDUCATION | Uns | 1,876.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES INC | Uns | 1,338.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA, CASH | Uns | 500.00 | 449.70 | 449.70 | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Uns | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| AMERICAN FROFIT RECOVERY | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 1,500.00 | 366.09 | 366.09 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CANTERBURY HOUSE | Uns | 852.99 | NA | NA | 0.00 | 0.00 |
| BACK BOWL I LLC SERIES B | Uns | 1,230.65 | 709.06 | 709.06 | 0.00 | 0.00 |
| GALLATIN RIVER | Uns | 450.00 | 431.03 | 431.03 | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 700.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK N GO | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BETTENDORF | Uns | 175.45 | NA | NA | 0.00 | 0.00 |
| CITY OF TACOMA | Uns | 604.79 | 844.15 | 844.15 | 0.00 | 0.00 |
| COMCAST | Uns | 19,100.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,891.65 | 502.53 | 502.53 | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 1,284.10 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 548.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 1,743.43 | NA | NA | 0.00 | 0.00 |
| DFAS-IN/DEBT & CLAIMS (ARMY) | Uns | 3,600.00 | 3,083.04 | 3,083.04 | 0.00 | 0.00 |
| DR LESAGE | Uns | 272.00 | NA | NA | 0.00 | 0.00 |
| FAMILY HEALTH CARE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER EDUCATION | Uns | 4,029.26 | NA | NA | 0.00 | 0.00 |
| IDES BENEFIT PAYMENTS | Uns | 5,500.00 | 5,066.00 | 5,066.00 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 1,974.24 | 2,753.14 | 2,753.14 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 515.00 | 515.00 | 515.00 | 0.00 | 0.00 |
| MATCO TOOLS | Uns | 7,500.00 | 6,721.83 | 6,721.83 | 0.00 | 0.00 |
| KAPLAN UNIVERSITY | Uns | 280.91 | NA | NA | 0.00 | 0.00 |
| KEWANEE HOSPITAL | Uns | 610.00 | NA | NA | 0.00 | 0.00 |
| KSB HOSPITAL | Uns | 5,673.00 | NA | NA | 0.00 | 0.00 |
| MIDAMERICAN ENERGY COMPANY | Uns | 293.05 | NA | NA | 0.00 | 0.00 |
| MILITARY STAR CARD | Uns | 1,743.43 | NA | NA | 0.00 | 0.00 |
| MILLER LANCASTER & WALKER PC | Uns | 1,618.75 | NA | NA | 0.00 | 0.00 |
| MURREY DISPOSAL | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 514.87 | NA | NA | 0.00 | 0.00 |
| NMIC INC D/B/A MATCO TOOLS | Uns | 7,984.34 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD / CHARTER | Uns | 502.74 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 13,000.00 | 6,425.07 | 6,425.07 | 0.00 | 0.00 |
| SFC | Uns | 949.47 | 1,026.00 | 1,026.00 | 0.00 | 0.00 |
| SNAP - ON TOOLS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Uns | 742.43 | 742.43 | 742.43 | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| STERLING FEDERAL BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| TACOMA POWER | Uns | 750.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US BANK NA | Uns | 300.00 | 467.35 | 467.35 | 0.00 | 0.00 |
| US CELLULAR | Uns | 2,100.85 | NA | NA | 0.00 | 0.00 |
| US TREASURY | Uns | 614.85 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS | Uns | 8,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 748.01 | 1,099.38 | 1,099.38 | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 30.45 | NA | NA | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS | Uns | 1,211.90 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Uns | 1,876.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,729.00 | 2,318.93 | 2,318.93 | 0.00 | 0.00 |
| BRITTANY TAYLOR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSF SAINT LUKE MEDICAL CENTER | Uns | 0.00 | 610.00 | 610.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 198.50 | $ 198.50 | $ 238.56 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 198.50 | $ 198.50 | $ 238.56 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 54,165.58 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 28.39 |
| Disbursements to Creditors | $ 437.06 |
| **TOTAL DISBURSEMENTS:** | $ 465.45 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  01/14/2016              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)